## 55970. YOUNG v. BARRON.

MCMURRAY, Judge.

It appearing that neither an enumeration of errors nor brief has been filed in this case in accordance with Rule 14 (a) (Code Ann. § 24-3614) of this court after due notice by order dated May 2, 1978, that same be filed "no later than 4:30 p.m., Monday, May 8, or in the alternative withdraw the appeal," the same is hereby dismissed for lack of prosecution of the appeal.

*Appeal dismissed. Quillian, P. J., and Webb, J., concur.*

SUBMITTED JUNE 7, 1978 — DECIDED
JULY 3, 1978.

*Aynes & Hanna, William I. Aynes,* for appellant.

*Torin D. Togut,* for appellee.